USDC SCAN INDEX SHEET

















```
CAG    10/20/00    11:12
3:99-CV-01504   BIRKNER V. HANDLERY HOTELS INC
*27*
*STIPO.*
```

ORIGINAL

1  CENTER FOR DISABILITY ACCESS, LLP
   MARK D. POTTER, ESQ., SBN 166317
2  RUSSELL C. HANDY, ESQ., SBN 195058
   2535 Kettner Blvd., SUITE 2A5
3  San Diego, CA 92101-1253
   (619) 232-4982
4  Fax: (619) 234-1183

5  Attorneys for Plaintiff, KLAUDIA BIRKNER

6

7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11 KLAUDIA BIRKNER,              ) Case No.: 99CV1504 H (LAB)
                                 )
12            Plaintiff,         ) **STIPULATION FOR DISMISSAL**
                                 ) **PURSUANT TO F.R.CIV.P. 41 (a)**
13 v.                            ) **(1); ORDER THEREON**
                                 )
14 HANDLERY    HOTELS,   INC., a )
   California corporation and DOES 1)
15 through 10, inclusive         )
                                 )
16                               )
                                 )
17            Defendants         )
                                 )
18 ─────────────────────────────

19                      **STIPULATION**

20     IT IS STIPULATED by and between the parties hereto that this

21 action may be dismissed with prejudice as to all claims between

22 KLAUDIA BIRKNER and HANDLERY HOTELS, INC.; each party to bear

23 his/its own attorneys' fees and costs.  This stipulation is made as

24 to the result of the settlement of the action.  This stipulation

25 does not affect HANDLERY HOTELS, INC.'s claims against any third

26 party defendants.

27 ///

28

ENTERED ON 10-20-00

STIPULATION FOR DISMISSAL                          99CV1504 H (LAB)

FILED

00 OCT 20 AM 8:21

BY: _____ DEPUTY

1    Magistrate Judge Larry Burns shall retain jurisdiction over all

2  disputes between (among) the parties arising out of the settlement

3  agreement, including but not limited to interpretation and

4  enforcement of the terms of the settlement agreement.

5

6  IT IS SO STIPULATED.

7                              CENTER FOR DISABILITY ACCESS, LLP

8

9  Dated: _'C - 17-00_____         _____

10                              Mark D. Potter
                                Russell C. Handy
11                              Attorneys for Plaintiff

12                              SULLIVAN, HILL, LEWIN, REZ, & ENGEL

13

14  Dated: _____         _____

15                              Michael Jay Barry
                                Attorneys for Handley Hotel, Inc.
16

17                              **ORDER**

18    Having read the foregoing Stipulation, and good cause appearing

19  therefor, this action is hereby ordered dismissed with prejudice,

20  each party to bear their own attorneys' fees and costs.  The court

21  shall retain jurisdiction to enforce the terms of the settlement.

22

23

24

25

26

27

28

1      Magistrate Judge Larry Burns shall retain jurisdiction over all

2    disputes between (among) the parties arising out of the settlement

3    agreement, including but not limited to interpretation and

4    enforcement of the terms of the settlement agreement.

5

6    IT IS SO STIPULATED.

7                                    CENTER FOR DISABILITY ACCESS, LLP

8

9    Dated: _____        _____

10                             Mark D. Potter
                               Russell C. Handy
11                             Attorneys for Plaintiff

12                             SULLIVAN, HILL, LEWIN, REZ, & ENGEL

13

14   Dated: _____        _____

15                             Michael Jay Barry
                               Attorneys for Handlepy Hotel, Inc.
16

17                                  **ORDER**

18      Having read the foregoing Stipulation, and good cause appearing

19   therefor, this action is hereby ordered dismissed with prejudice,

20
     each party to bear their own attorneys' fees and costs.  The court
21
     shall retain jurisdiction to enforce the terms of the settlement.
22

23

24   Dated: __10/19/00__      _____

25                             LARRY A. BURNS
26                             **U.S. MAGISTRATE JUDGE**

27

28

PROOF OF SERVICE

Short Case Name: BIRKNER V. HANDLERY HOTELS, et al

Case No.: 99-CV-1054H LAB

I, the undersigned, am over the age of eighteen years and am a resident of San Diego

County, California; I am not a party to the above-entitled action; my business address is 2535

Kettner Blvd., Suite 2A5, San Diego, CA 92101.

On October 17, 2000, I served the following document(s):

STIPULATION FOR DISMISSAL

Addressed to:

Michael J. Barry, Esq.
SULLIVAN, HILL, LEWIN, REZ & ENGEL
550 West 'C' Street, Suite 1500
San Diego, CA 92101

Gene Kenny
ROYCE, GRIMM, VRANJES, McCORMICK, & GRAHAM, LLP
550 West 'C' Street
San Diego, CA 92101

___X___        (BY MAIL) I caused such envelope with postage thereon fully prepaid to be
placed in the United States mail at San Diego, California.

_____        (BY FACSIMILE) In addition to service by mail as set forth above, the counsel
by whose name an asterisk is affixed on the attached service list were also forwarded a copy of
said document(s) by facsimile.

_____        (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to
the offices of the addressee.


        Executed on October 17, 2000, at San Diego, California.
        I declare under penalty of perjury under the laws of the State of California that the above
is true and correct.