








```
CAG   5/7/01   10:09
3:99-CV-01504   BIRKNER V. HANDLERY HOTELS INC
*36*
*STIPO.*
```

Ken H. Moreno, Esq. (SBN 108890)
**MURCHISON & CUMMING**
Symphony Towers
750 B. Street, Suite 2550
San Diego, California 92101
Telephone 619/544-6838

Attorneys for Third-Party Defendant, STERLING SIGNAGE, INC.

# UNITED STATES DISTRICT COURT

## FOR SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUDIA BIRKNER, <br><br> Plaintiff, <br><br> v. <br><br> HANDLERY HOTELS, INC., a California corporation and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 99 CV 1504H LAB <br><br> **STIPULATION RE DISMISSAL PURSUANT TO F.R.CIV.P. 41(a)(1); ORDER THEREON** |
| HANDLERY HOTELS, INC., a California corporation and DOES 1 through 10, inclusive, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> STERLING SIGNAGE, INC. <br><br> Third-Party Defendant. | |

It is stipulated by and between the parties hereto that this action may be dismissed with prejudice as to all claims between HANDLERY HOTELS, INC. and STERLING SIGNAGE, INC., each party to bear his/its own attorneys' fees and costs. This stipulation is made as to the result of the settlement of this action.

Magistrate Judge Larry Burns shall retain jurisdiction over all disputes between (among) the parties arising out of the settlement agreement, including, but not limited to,

STIPULATION RE DISMISSAL   ENT... 5-7-01

ORIGINAL

1  interpretation and enforcement of the terms of the settlement agreement.

2  **IT IS SO STIPULATED:**

4  Dated:_____                CENTER FOR DISABILITY ACCESS, LLP

6                                        By:_____
7                                            Mark Potter, Esq.
                                             Attorneys for assignee of Third Party
                                             Claim

9  Dated: 5-7-01                         MURCHISON & CUMMING

12                                       By:_____
                                             Kenneth H. Moreno
                                             Attorney for Third-Party Defendant and
13                                           STERLING SIGNAGE, INC.

### ORDER

Pursuant to the Stipulation of the Parties through their designated counsel, the above captioned action is dismissed, with prejudice, pursuant to F.R.CIV.P. 41(a)(1).

Dated: 5/3/01                            _____

---

2

**STIPULATION RE DISMISSAL**

1 | interpretation and enforcement of the terms of the settlement agreement.

2 | **IT IS SO STIPULATED:**

Dated: **5/2/01**                              CENTER FOR DISABILITY ACCESS, LLP


By: _____
Mark Potter, Esq.
Attorneys for assignee of Third Party
Claim


Dated:_____                        MURCHISON & CUMMING


By: _____
Kenneth H. Moreno
Attorney for Third-Party Defendant and
STERLING SIGNAGE, INC.

## ORDER

Pursuant to the Stipulation of the Parties through their designated counsel, the above captioned action is dismissed, with prejudice, pursuant to F.R.CIV.P. 41(a)(1).

Dated:_____                        _____
                                               UNITED STATES DISTRICT COURT JUDGE

---

2
**STIPULATION RE DISMISSAL**

<u>PROOF OF SERVICE</u>

Short Case Name: BIRKNER V. HANDLERY HOTELS, et al

Case No.: 99-CV-1054H LAB

    I, the undersigned, am over the age of eighteen years and am a resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 1022 Pennsylvania Avenue, San Diego, CA 92101.

    On May 2, 2001, I served the following document(s):

STIPULATION FOR DISMISSAL

Addressed to:

Kenneth H. Moreno
MURCHISON & CUMMING
Symphony Towers
750 B Street, Suite 2550
San Diego, CA 92101

  __X__  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

  __X__  (BY FACSIMILE) In addition to service by mail as set forth above, the counsel by whose name an asterisk is affixed on the attached service list were also forwarded a copy of said document(s) by facsimile.

  _____  (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

    Executed on May 2, 2001, at San Diego, California.
    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.